McEACHERN v. MILLER

No. 64 PC.

Case below:   6 N.C. App. 42.

Petition for writ of *certiorari* to North Carolina Court of Appeals denied 18 November 1969.

STATE v. ALSTON

No. 84 PC.

Case below:   6 N.C. App. 200.

Petition for writ of *certiorari* to North Carolina Court of Appeals denied 2 December 1969.

STATE v. ENGLE

No. 74 PC.

Case below:   5 N.C. App. 101.

Petition for writ of *certiorari* to North Carolina Court of Appeals denied 18 November 1969.

STATE v. WALL

No. 86 PC.

Case below:   6 N.C. App. 422.

Petition for writ of *certiorari* to North Carolina Court of Appeals denied 2 December 1969.

STATE BAR v. TEMPLE

No. 91 PC.

Case below:   6 N.C. App. 437.

Petition for writ of *certiorari* to North Carolina Court of Appeals denied 2 December 1969.

STATESVILLE v. BOWLES

No. 69 PC.

Case below:   6 N.C. App. 124.

Petition for writ of *certiorari* to North Carolina Court of Appeals denied 18 November 1969.